```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  KIRKPATRICK B. DUNBAR,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/27/2020

Plaintiff,

**ORDER SCHEDULING STATUS CONFERENCE**

-against-

**19-CV-8128 (JGK)**

```
  DESI DELI. and  722-724 TENTH AVENUE
  HOLDING LLC,
```

Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 33).  A telephone conference will be held on **Wednesday, September 23, 2020 at 12:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: August 27, 2020
       New York, New York

*Katharine H Parker*

_____
KATHARINE H. PARKER
United States Magistrate Judge