```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIRKPATRICK B. DUNBAR,

                      Plaintiff,

    -against-

DESI DELI. and 722-724 TENTH AVENUE
HOLDING LLC,

                      Defendants.
------------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

19-CV-8128 (JGK)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the parties' representation that they have settled this matter, the Pre-Settlement Telephone conference previously scheduled for **September 23, 2020** is hereby adjourned *sine die*.

      SO ORDERED.

Dated: September 22, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge